<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

Stacy R. Savage,                                 :
                         Petitioner       :
                                                 :
     v.                                          :
                                                 :
Jennifer R. Storm, Victim Advocate  :
And Pennsylvania Board of               :
Probation and Parole,                       :          No. 467 M.D. 2019
                         Respondents    :

# **O R D E R**

AND NOW, this 19th day of March, 2021, **IT IS HEREBY ORDERED** that the above-captioned opinion filed January 11, 2021, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
CHRISTINE FIZZANO CANNON, Judge